IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EBOOKS WEB COM, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **THE HANOVER INSURANCE COMPANY,** | : | |
| | : | |
| *Defendant.* | : | No. 25-cv-2923 |

# ORDER

**AND NOW**, this **29th** day of **August 2025**, upon review of Plaintiff's Motion to Compel Appraisal (ECF No. 1-1 at 19–21), Defendant's Opposition (ECF Nos. 13, 14, 15), Plaintiff's Reply (ECF No. 18), and Defendant's Sur-Reply (ECF No. 19), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

                                    BY THE COURT:

                                    /s/ Chad F. Kenney
                                    _____
                                    **CHAD F. KENNEY, JUDGE**