IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EBOOKS WEB COM, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **THE HANOVER INSURANCE COMPANY,** | : | |
| | : | |
| *Defendant.* | : | No. 25-cv-2923 |

## ORDER

**AND NOW**, this **11th** day of **December 2025**, upon review of Plaintiff's second Motion to Compel Appraisal (ECF No. 23), Defendant's Opposition (ECF No. 24), Plaintiff's Reply (ECF No. 25), Defendant's Sur-Reply (ECF No. 26), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 23) is **DENIED** without prejudice.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**