The Hanover Insurance Group

ZHY H214916 01

**The Hanover Insurance Company (A Stock Company)**
**440 Lincoln Street, Worcester, MA 01653-0002**
**Commercial Line Policy**
**Common Declarations**

CS

| Policy Number | Policy Period From | To | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| ZHY H214916 01 | 03/24/2021 | 03/24/2022 | The Hanover Insurance Company | 4108679 |

| Named Insured and Address : | Agent : |
|---|---|
| EBOOKS WEB COM LLC<br>1388 BRIDGEWATER RD<br>BENSALEM PA 19020 | LAPLACA INSURANCE INC<br><br>308 N MAIN ST STE B200<br>CHALFONT PA 18914 |

**Branch** : Piscataway Branch Office
**Policy Period** : **From** 03/24/2021 **To** 03/24/2022
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
**Business Description**: BOOK, MAGAZINE, NEWSPAPER WHOLESALE
**Legal Entity**: Limited Liability Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $27,951.00 |
| **Commercial General Liability Coverage** | $18,440.00 |
| **Commercial Inland Marine Coverage** | Not Covered |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | Not Covered |
| **Total Surcharges Premium** | N/A |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $46,391.00 |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned ______________________ By ______________________

10 Pay - 20% Down

EBOOKS WEB COM LLC

ZHY H214916 01

LAPLACA INSURANCE INC

Group Number ZBP

The Hanover Insurance Group

EBOOKS WEB COM LLC ZHY H214916 01

**LAPLACA INSURANCE INC**

**Additional Named Insured**

MOUNT CORPORATION
132 BALA AVENUE BALA CYNWYD PA
19004
19004

## Locations of All Premises You Own, Rent or Occupy

**Location: 1**

1388 BRIDGEWATER RD
Bensalem PA
19020

## Forms Applicable to all Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 401-1337 | 02/16 | Trade Or Economic Sanctions Endorsement |
| 401-1374 | 01/15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| 401-1377 | 06/20 | Company Address Listing |
| 401-1504 | 01/20 | Cap On Losses From Certified Acts Of Terrorism |
| 401-1505 | 01/20 | Exclusion - Punitive Damages Related To A Certified Act Of Terrorism |
| IL 00 03 | 09/08 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |
| IL 00 22 | 05/87 | Effective Time Changes - Replacement of 12 Noon |
| IL 01 20 | 10/13 | Pennsylvania Changes - Defense Costs |
| IL 01 66 | 07/02 | Pennsylvania Changes - Actual Cash Value |
| IL 01 72 | 07/02 | Pennsylvania Changes |
| IL 02 46 | 07/02 | Pennsylvania Changes - Cancellation And Nonrenewal |
| IL 09 10 | 07/02 | Pennsylvania Notice |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |

The Hanover Insurance Group

ZHY H214916 01

LAPLACA INSURANCE INC

## Forms Applicable to all Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| SIG 11 00 | 11/17 | Signature Page |

The Hanover Insurance Group

EBOOKS WEB COM LLC ZHY H214916 01

LAPLACA INSURANCE INC

# Commercial Property Coverage Part Declaration

**Total Property Premium** $27,951.00

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

| LOC | BLDG | | |
|---|---|---|---|
| 1 | 1 | **Occupancy:** | Newspaper or Magazine Distributors |
| | | **Territory:** | 090 |
| | | **Construction:** | Noncombustible |
| | | **Protection Class:** | 4 |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|---|---|---|---|---|
| 1 | 1 | **Contents All Inclusive** | Special | $10,534.00 |
| | | **Limit Of Insurance:** | $8,040,690.00 | |
| | | **Replacement Cost** | | |
| | | **Coinsurance:** | 80% | |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|---|---|---|---|---|
| 1 | 1 | **Business Income and Extra Expense ALS** | Special | $14,550.00 |
| | | **Limit Of Insurance:** | 12 Months Actual Loss Sustained | |
| | | **Extended Period of Indemnity** | 60 Days Included | |
| | | **Business Income Time Deductible** | 24 Hours | |

| LOC | BLDG | DED BY LOC | APPLICABLE DEDUCTIBLE | |
|---|---|---|---|---|
| 1 | 1 | | **Windstorm/Hail Deductible** | $1,000.00 |
| | | | **Theft Deductible:** | $1,000.00 |
| | | | **Other Deductible:** | $1,000.00 |

EBOOKS WEB COM LLC ZHY H214916 01

LAPLACA INSURANCE INC

## Commercial Property Coverage Part Declaration

**Additional Premium for Property Minimum :** N/A

| **Miscellaneous/Optional Property Coverages:** | **PREMIUM** |
| --- | --- |
| Data Breach | $50.00 |
| Boiler / Machinery / Equipment Breakdown | $2,341.00 |
| Terrorism Premium | $88.00 |
| Silver Property Broadening Endorsement | $388.00 |

EBOOKS WEB COM LLC ZHY H214916 01

**LAPLACA INSURANCE INC**

## Forms Applicable to Property Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 411-0581 | 04/14 | Business Income (And Extra Expense) Coverage Form - Actual Loss Sustained |
| 411-0669 | 01/15 | Data Breach Coverage Form |
| 411-0679 | 04/10 | Associates And Family Members Additional Coverage Endorsement |
| 411-0681 | 12/09 | Identity Theft Resolution Services |
| 411-0792 | 04/14 | Silver Property Broadening Endorsement |
| 411-0985 | 11/17 | Business Income Changes - Beginning Of The Period Of Restoration |
| 451-0038 | 11/16 | Equipment Breakdown Coverage (Including Electronic Circuitry Impairment) |
| CP 00 10 | 10/12 | Building and Personal Property Coverage Form |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 04 11 | 10/12 | Protective Safeguards |
| CP 10 30 | 10/12 | Cause of Loss - Special Form |
| CP 12 18 | 10/12 | Loss Payable Provisions |

The Hanover Insurance Group

EBOOKS WEB COM LLC ZHY H214916 01

**LAPLACA INSURANCE INC**

# Property Schedule of Additional Interest

**Location**: 1 **Building**: 1

Lenders Loss Payable
PNC BANK
500 1ST AVE, FL 4
PITTSBURGH PA 15219

The Hanover Insurance Group™

EBOOKS WEB COM LLC ZHY H214916 01

**LAPLACA INSURANCE INC**

# Commercial General Liability Coverage Part Declaration

Audit Frequency: Annual

| | |
|---|---|
| **Limits of Insurance:** | |
| **General Aggregate Limit** | $2,000,000 |
| **Products-Completed Operations are Included in the General Aggregate Limit** | |
| **Each Occurrence Limit** | $1,000,000 |
| **Personal and Advertising Injury Limit** | $1,000,000 |
| **Damage to Premises Rented to You Limit** | $100,000 |
| **Medical Expense Limit, Any One Person** | $10,000 |
| **General Liability Deductible:** | |
| **Total Advance Commercial General Liability Premium** | $18,440.00 |

**THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III - LIMITS OF INSURANCE FOR DETAILS**

## Forms Applicable to General Liability Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| 421-0022 | 12/90 | Asbestos Liability Exclusion |
| 421-0483 | 06/08 | Employment Practices Liability Insurance Coverage Endorsement: Pennsylvania |
| 421-0513 | 06/08 | Commercial Employment Practices Liability Insurance Coverage Endorsement Supplemental Declarations |
| 421-2915 | 06/15 | Commercial General Liability Broadening Endorsement |
| 421-2916 | 06/15 | Commercial General Liability Enhancement Endorsement |
| CG 00 01 | 04/13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 | 05/14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 67 | 12/04 | Fungi or Bacteria Exclusion |
| CG 21 70 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CG 21 76 | 01/15 | Exclusion of Punitive Damages Related To A Certified Act Of Terrorism |
| CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |

EBOOKS WEB COM LLC ZHY H214916 01

**LAPLACA INSURANCE INC**

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | PA | 507 | 15607 | 334 | $17,000,000 Receipts (Sales) | 1,000 | 1.034 | $17,578.00 |

Products – Completed Operations are Included in the General Aggregate Limit

Newspaper or Magazine Distributors

| Miscellaneous/Optional General Liability Coverages | Advance Premium |
|---|---|
| Employment Practices Liability (Retro Date ) 03/24/2020 | $280.00 |
| Terrorism Premium | $55.00 |
| CGL Enhancement | $527.00 |

**Additional Premium for Coverage Minimum:** N/A

**Total Advance General Liability Premium** $18,440.00

**Subline** 334 **Premises and Operations**

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

John C. Roche
President

Charles Frederick Cronin
Secretary