**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EBOOKS WEB COM LLC,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **THE HANOVER INSURANCE COMPANY** *Defendant.* | : | **No. 25-2923** |

**ORDER & FIRST AMENDED SCHEDULING ORDER**

**AND NOW**, this **16th** day of **October 2026**, upon consideration of the Parties' Joint Motion to Extend Fact Discovery and Amend Scheduling Order (the "Joint Motion") (ECF No. 47), it is hereby **ORDERED** as follows:

1. The Joint Motion (ECF No. 47) is **GRANTED**.
2. Accordingly, the prospective deadlines in the Scheduling Order (ECF No. 42) are **AMENDED**[1] as follows:
   a. The above-captioned case is hereby referred to Magistrate Judge Katayoun M. Copeland for the scheduling of a settlement conference.
   b. All fact discovery shall be completed by **December 21, 2026**. Any motion related to a discovery dispute must be filed at least **fourteen (14) days** before the deadline for fact discovery.
   c. Expert reports shall be due by **January 15, 2027**.
   d. Rebuttal expert reports shall be due by **February 5, 2027**.
   e. Expert discovery, if any, shall be completed by **February 26, 2027**.

---

[1] The Court grants the Joint Motion insofar as the Parties request an extension of the fact discovery deadline and subsequent expert discovery deadlines. Accordingly, not all deadlines in the instant Order correspond to the Parties' proposed deadlines.

f. Any motions for summary judgment and *Daubert* motions shall be filed on or before **March 9, 2027 at 12:00 P.M.**[2] Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

g. All trial exhibits shall be marked and exchanged on or before **April 20, 2027**.

h. Motions in limine shall be due by **12:00 P.M. on May 4, 2027**. The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion. If any motions in limine are filed, the motions shall be filed as one omnibus motion.

i. **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1 on or before May 18, 2027. Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § II.H).**

j. Within seven (7) days of before the Final Pretrial Conference parties are required to submit a joint Proposed Final Pretrial Order in accordance with the Local Civil Rule 16.1 and Judge Kenney's Policies and Procedures at § II.B.

---

[2] Counsel are directed to review Judge Kenney's Policies and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

k. A final pretrial conference will be held on **June 2, 2027** at **10:00 A.M.** in Courtroom 11B. At this final pretrial conference, counsel shall be prepared to address factual and legal issues, the admissibility of exhibits, scheduling issues, and settlement.

l. A date certain **jury trial** will commence on **June 7, 2027 at 9:00 A.M. in Courtroom 11B.** On the morning of trial, counsel are to supply the Court with two joint exhibit binders unless counsel jointly agree and certify to the Court that all documents have been digitalized and they will be admitted and published in that format for view to the Court, jury and witnesses.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**